IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALEXANDER KOTLOV,

                Petitioner,

v.                                              ORDER

L. WILLIAMS,[1]                              15-cv-671-jdp

                Respondent.

---

    Pro se petitioner Alexander Kotlov is a prisoner in the custody of the Federal Bureau of Prisons, currently housed at the Oxford Federal Correctional Institution (FCI-Oxford). Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that the United States Marshals Service did not take him into federal custody to begin serving his federal sentence when they should have. On June 17, 2016, I ordered respondent to show cause as to why I should not grant the petition. Dkt. 10.

    Now petitioner has filed a letter with the court, in response to the June 17 order. Dkt. 13. In the letter, petitioner takes issue with one minor fact mentioned in the order (he does not believe that he was sentenced to a term of supervised release); attempts to explain why his federal sentence was set to run consecutive to his state sentence and why the federal sentencing court denied his motions to have his federal sentence run concurrent to his state sentence; reiterates that he believes that his federal sentence should have commenced earlier than it did; represents that he believes that he should be released to a residential reentry

---

[1] Petitioner represents that L. Williams has replaced L.C. Ward as warden of FCI-Oxford, Dkt. 13, at 1, and I have updated the caption accordingly.

center soon; and requests that I order his immediate release from custody to allow him to pay child support and see his family. *Id.*

Petitioner's letter is an attempt to provide additional information to the court and to restate his request for habeas relief. But when I issued my June 17 order, I specifically set a schedule for the parties to brief the merits of petitioner's claims and to submit further information to the court. Once respondent is served and appears, I expect the parties to adhere to the schedule. I will consider the additional information that petitioner has submitted via his letter, but I expect him to brief the merits of his petition and submit any additional information to the court in accordance with the June 17, 2016, briefing schedule.

Entered July 8, 2016.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge