IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEXANDER KOTLOV,

    Petitioner,                                                 JUDGMENT IN A CIVIL CASE

v.                                                            Case No. 15-cv-671-jdp

L. WILLIAMS,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Alexander Kotlov's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

    /s/                                                                        11/29/2017

Peter Oppeneer, Clerk of Court                           Date